# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS M. DONOVAN<br><br>      Plaintiff,<br><br>  v.<br><br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.,<br>ROBERT M. GAULT, individually, and<br>PETER J. MARATHAS, JR.,<br>individually,<br><br>      Defendants. | C.A. No. 04-12110-MELW |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), the undersigned counsel hereby enter their appearance as counsel for the defendants Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Robert M. Gault, individually, and Peter J. Marathas, Jr., individually.

                Respectfully submitted,

                /s/ Paul D. Popeo
                Robert S. Frank, Jr. (BBO No. 177240)
                Kevin P. Light (BBO No. 300110)
                Paul D. Popeo (BBO No. 567727)
                CHOATE, HALL & STEWART
                Exchange Place
                53 State Street
                Boston, MA  02109
                (617) 248-5000

Dated:  October 21, 2004

3759756v1