UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| DENNIS M. DONOVAN,<br><br>                       Plaintiff,<br>v.<br><br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., ROBERT M. GAULT, individually, and PETER J. MARATHAS, JR., individually.<br><br>                       Defendants. | Case No. 04-12110 (MLW) |

**AFFIDAVIT OF SERVICE**

I, David E. Valicenti, do depose and say that on October 6, 2004 I served the Summons and Complaint in this matter upon the Defendants by delivery by overnight mail to Robert S. Frank, Jr., Esq. of Choate Hall & Stewart, 53 State Street, Boston, Massachusetts 02109, who is authorized to accept service of the Summons and Complaint on behalf of Defendants.

**Signed under pains and penalties of perjury, this 8th day of October, 2004.**

                                                                         David E. Valicenti, Esq.

COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE COUNTY, ss.

On this 8th day of October, 2004, before me, the undersigned notary public, personally appeared David E. Valicenti, personally known to me to be the person who signed on the

preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

_____
Notary Public

My commission expires: _____

CHURCHILL HILL
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 21, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Eastern ____ District of ____ Massachusetts

DENNIS M. DONOVAN

V.

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.,
ROBERT M. GAULT, individually,
and PETER J. MARATHAS, JR.,
individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04cv12110 MMLLWW

TO: (Name and address of Defendant)

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
C/o Robert S. Frank, Jr., Esq.
Choate Hall & Stewart
53 State Street
Boston, Massachusetts 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel R. Solin, Esq. David E. Valicenti, Esq.
Cain Hibbard Myers & Cook, P.C.
66 West Street
Pittsfield, Massachusetts 01201
(413) 443-4771

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  OCT 0 4 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

DENNIS M. DONOVAN

V.

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.,
ROBERT M. GAULT, individually,
and PETER J. MARATHAS, JR.,
individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04CV12110 MMLLWW

TO: (Name and address of Defendant)

PETER J. MARATHAS, JR.
C/o Robert S. Frank, Jr., Esq.
Choate Hall & Stewart
53 State Street
Boston, Massachusetts 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel R. Solin, Esq.  David E. Valicenti, Esq.
Cain Hibbard Myers & Cook, P.C.
66 West Street
Pittsfield, Massachusetts 01201
(413) 443-4771

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE OCT 0 4 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern    District of    Massachusetts

DENNIS M. DONOVAN

V.

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.,
ROBERT M. GAULT, individually,
and PETER J. MARATHAS, JR.,
individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04CV12110 MLW

**TO:** (Name and address of Defendant)

ROBERT M. GAULT
C/o Robert S. Frank, Jr., Esq.
Choate Hall & Stewart
53 State Street
Boston, Massachusetts 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel R. Solin, Esq.  David E. Valicenti, Esq.
Cain Hibbard Myers & Cook, P.C.
66 West Street
Pittsfield, Massachusetts 01201
(413) 443-4771

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

OCT 04 2004