UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS M. DONOVAN,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., ROBERT M. GAULT, individually, and PETER J. MARATHAS, JR., individually,<br>　　　　　Defendants | CIVIL ACTION NO.<br>04-12110 MELW |

**EMERGENCY MOTION TO INTERVENE FOR LIMITED
PURPOSE OF SEEKING TO IMPOUND CONFIDENTIAL DOCUMENTS**

Raytheon Company, on its own behalf and on behalf of its former officers Daniel Burnham and Thomas Hyde, moves to intervene for the limited purpose of seeking to impound confidential documents that the defendants intend to attach to a Motion to Dismiss that will imminently be filed with this Court. Raytheon also seeks to impound the defendants' memorandum in support of this motion, which quotes from the confidential documents.

As grounds for this Motion, Raytheon says that the only vehicle by which it can protect confidential documents is through a motion to impound in this action, and the only means by

- 2 -

which it will have standing to file such a motion is through a motion to intervene for that limited purpose.

RAYTHEON COMPANY

By its Attorneys,


/s/ Joan A. Lukey
Joan A. Lukey (BBO#307340)
Gabrielle R. Wolohojian (BBO #555704)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
 (617) 526-6000

Dated: October 26, 2004