UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS M. DONOVAN,

                              Plaintiff,

        v.                                              Civil Action No.:
                                                        04-12110 (MELW)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C., ROBERT M. GAULT,
individually, and PETER J. MARATHAS, JR.,
individually,

                              Defendants.

### AFFIDAVIT OF DAVID E. VALICENTI IN SUPPORT OF RAYTHEON'S EMERGENCY MOTION TO IMPOUND

DAVID E. VALICENTI, being duly sworn and deposes and says:

1.      I am an associate of Cain Hibbard Myers & Cook PC, co-counsel for the

Plaintiff, Dennis M. Donovan ("Donovan").

2.      I submit this Affidavit in support of Raytheon's motion to impound the

Defendants' anticipated motion to dismiss.

3.      Raytheon, as Intervener, has asserted that the exhibits to Defendants' motion to

dismiss, and citations to those exhibits in Defendants' memorandum, are confidential.

Donovan does not want any documents that would violate confidentiality to be filed in the

public record.

4.      Donovan also seeks an expeditious resolution of the issues concerning the

confidentiality of the arbitration and settlement agreement with Raytheon.

5.      Until the confidentiality issues are resolved, Donovan supports the impoundment

of any materials that may violate confidentiality obligations.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF

October, 2004.


/s/ David Valicenti
DAVID E. VALICENTI


COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE COUNTY, ss.

On this 26th day of October, 2004, before me, the undersigned notary public, personally
appeared David E. Valicenti, personally known to me to be the person who signed on the
preceding or attached document in my presence, and who swore or affirmed to me that the
contents of the document are truthful and accurate to the best of his knowledge and belief.


/s/ Chantelle Hill
Notary Public

My commission expires: 4/21/11