**Raytheon**

Thomas D. Hyde
Senior Vice President
Secretary and General Counsel
781.860.2681
781.860.2924 fax

Raytheon Company
Executive Offices
141 Spring Street
Lexington, Massachusetts
02421 USA

February 3, 1999

Mr. Robert M. Gault
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

Dear Bob:

Attached is a signed copy of the November 12 letter.

*Tom*

TDH/gjr
Attachment

# Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202/434-7300
Fax: 202/434-7400

Telephone: 617/542-6000
Fax: 617/542-2241
www.mintz.com

Robert M. Gault

Direct Dial Number
617/348-1643
Internet Address
rmgault@mintz.com

November 12, 1998

**CONFIDENTIAL**

Thomas D. Hyde
Senior Vice President, Secretary
  and General Counsel
Raytheon Company
141 Spring Street
Lexington, MA 02173

Re: **Dennis Donovan**

Dear Tom:

Now that the rush to conclude the employment and severance agreements if over, we have had an opportunity to review the documents in a more leisurely fashion and have noted some typographical and similar errors that we would like to clean up. Rather than changing the documents themselves, I think a simple letter agreement between the two of us will suffice.

The items we noted are as follows:

## SEVERANCE AGREEMENT

| PAGE | LOCATION | CORRECTION |
|---|---|---|
| Page 2 | End of 3rd paragraph | Change "sets" to set". |
| Page 4 | Paragraph (c) | Second (vi) should be (vii). |
| Page 4 | Paragraph (d)(i), 3rd line | After "50" insert "percent". |
| Page 7 | Last line | Delete "without restriction" so that the phrase will appear only once. |

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

Thomas D. Hyde
November 12, 1998
Page 2

| PAGE | LOCATION | CORRECTION |
|---|---|---|
| Page 10 | | We skipped (e) in the lettering. I believe it will suffice just to note this non-substantive error in the lettering. |
| Page 11 | Paragraph (j) | After "Severance Agreement" insert "and any employment agreement between Executive and the Company". |
| Page 11 | Paragraph k | After "Severance Agreement" insert "or any employment agreement between Executive and the Company". |

### EMPLOYMENT AGREEMENT

| PAGE | LOCATION | CORRECTION |
|---|---|---|
| Page 3 | Top of page. | Second (vi) should be (vii). |
| Page 3 | Change of Control (i) | After "50" insert "percent". |
| Page 4 | Paragraph 5, 2nd line | Delete "determined" and insert "paid". |
| Page 5 | 7th line | Delete "the" before the word "you". |
| Page 5 | 8th line | Delete "the" before the word "you". |
| Page 5 | Paragraph (d)(ii), 2nd line | Delete "the" before the word "you". |
| Page 6 | Paragraph (e), 4th line | After "amount" insert the word "of". |
| Page 6 | Penultimate line | Change "you" to "your". |
| Page 7 | Paragraph 6(i), 2nd line | Delete "him" and replace with "you". |

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

Thomas D. Hyde
November 12, 1998
Page 3

| | PAGE | LOCATION | CORRECTION |
|---|---|---|---|
| ✓ | Page 8 | Penultimate line | The word appearing as "pleas" is misspelled and should be spelled "please". |
| ✓ | Page 8 | Last line of text | After the word "will" insert the word "be". |
| ✓ | Ex. B | Paragraph 3, 2nd paragraph, line 4 | Delete "the". |
| ✓ | Ex. B | Paragraph 3, 2nd paragraph, line 4 | After "worked," insert "and". |

By our signatures below, we represent that we are authorized by our respective clients to acknowledge and agree to the corrections set forth above. If this is correct, please sign the enclosed copy and return it to me.

Finally, I am enclosing the two fully executed original agreements per your request. I also am enclosing the supplement to Attachment 1 to the Employment Agreement in accordance with the terms of paragraph 6(d) thereof.

Sincerely,

Robert M. Gault

Raytheon Company

By: _____
Thomas D. Hyde

RMG:smf

cc: Mr. Dennis Donovan
    Daniel Solin, Esq.