UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS M. DONOVAN,<br><br>         Plaintiff,<br> v.<br><br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., ROBERT M. GAULT, individually, and PETER J. MARATHAS, JR., individually,<br><br>         Defendants. | Civil Action No.: 04-12110 (MLW) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, Dennis Donovan, voluntarily dismisses this action against defendants Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., Robert M. Gault and Peter Marathas, Jr., without prejudice.

Dated:  February 18, 2005

                **Dennis M. Donovan,**
                Plaintiff
                By His Attorneys,


                /s/_____
                Daniel R. Solin, Esq. (BBO# 556342)
                66 West Street, 3rd Floor
                Pittsfield, Massachusetts 01201
                (413) 443-7800

/s/ _____
Kevin M. Kinne, Esq. (BBO# 559004)
David E. Valicenti, Esq. (BBO# 632980)
CAIN HIBBARD MYERS & COOK, PC
66 West Street, 3rd Floor
Pittsfield, Massachusetts 01201
(413) 443-4771